UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: | ) |
| JOSEPH TODD HYTEN | ) |
| CATHERINE MICHELLE HYTEN | )BANKRUPTCY NO. 09-07287-FJO-13 |
| Debtors, | )CHAPTER 13 |
| | ) |

### NOTICE OF APPEARANCE AND REQUEST
### FOR NOTICES AND SERVICE OF PAPERS

PLEASE TAKE NOTICE that the undersigned counsel hereby enters his appearance, pursuant to 11 U.S.C. Section 1109(b) and Bankruptcy Rule 9010, on behalf of UNIVERSAL MORTGAGE CORPORATION in interest herein. The undersigned request, pursuant to 11 U.S.C. Section 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given, and all papers served or required to be served in this case be given to and served on the following attorneys at the address set forth below:

Katherine A. Starks
5120 Commerce Circle #B
INDIANAPOLIS IN 46237
(317)859-5666
FAX (317)859-5660
katherine.starks@sbcglobal.net

PLEASE TAKE FURTHER NOTICE that, in accordance with 11 U.S.C. Section 1109 (b), the foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, or operating reports.

PLEASE TAKE FURTHER NOTICE that, as provided in Bankruptcy Rule 3017(a), Scott R. Richards also requests that the undersigned be provided with copies of any and all disclosure statements and plans of reorganizations and all issues, together with any notice(s) of hearing thereof.

WILLIAM R. RICHARDS, P.C.
/s/Katherine A. Starks
Attorney at Law   IN 23158-41
5120 Commerce Circle #B
Indianapolis, IN 46237
(317)859-5666

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon the following by first class U.S. Mail, or electronically this 7 Day of AUGUST, 2009.

Robert A Brothers
151 N Delaware St Ste 1400
Indianapolis IN 46204

Bill Green
134 W Main ST
Crawfordsville IN 47933

US Trustee
101 W Ohio St # 1000
Indianapolis IN 46204

/s/Katherine A Starks

F:\WRRPC\Nicki\WPDOCS\BNKRPT\09\UNIV368 appearanceUNIV249 appearnace